### 34537. EVANS *et al. v.* BROWN.

FELTON, J. Where the petition to recover damages resulting from an automobile collision alleges that the reasonable market value of the automobile before the collision was $1300, and after the collision the automobile was worthless, and the prayer is for $1300, and where uncontroverted evidence shows that the automobile had a reasonable market value of $1600 before the collision and $250 thereafter, and such evidence was unobjected to, and where the only alleged error contended for is that the verdict for $1300 is unauthorized because of the variance between the pleading and the evidence. *Held:*

The evidence unobjected to had the effect of amending the petition to allege the values testified to, and the verdict for $1300 was authorized. *Hatcher v. Seitz,* 87 *Ga. App.* 787 (75 S. E. 2d, 273); *Bland v. Davison-Paxon Co.,* 83 *Ga. App.* 468, 473 (64 S. E. 2d, 350); *Napier v. Strong,* 19 *Ga. App.* 401 (91 S. E. 579). The court did not err in overruling the motion for a new trial.

*Judgment affirmed. Sutton, C. J., and Worrill, J., concur.*

DECIDED APRIL 11, 1953.

*Hicks & Culbert,* for plaintiff in error.
*R. L. Scoggin, Maddox & Maddox,* contra.